UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-52-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMMIE SYLVANOS WEST, JR. | **MOTION TO CONTINUE**<br>**RESENTENCING HEARING** |

For good cause shown, the Defendant's unopposed Motion to Continue Resentencing Hearing in the above-captioned case is hereby GRANTED. The resentencing hearing is hereby continued until this court's June 30, 2014 term of Court.

SO ORDERED, this 24 day of April 2014.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE