UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-52-F-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| JIMMIE SYLVANOS WEST, JR. | |

For good cause shown, the defendant's unopposed Motion to Seal Motion at Docket No. 57 and its attachments in the above-captioned case is hereby GRANTED.

WHEREFORE, it is hereby ORDERED that the Motion at Docket No. 57 and its attachments be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the defendant.

SO ORDERED this ____ day of June 2014.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE