UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-52-F-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JIMMIE SYLVANOS WEST, JR. | |

For good cause shown, the defendant's unopposed Motion to Waive Appearance at Resentencing and Proceed by Videoconference in the above-captioned case is hereby GRANTED.

WHEREFORE, it is hereby ORDERED that the defendant's resentencing set for this Court's June 30, 2014 term be conducted by videoconference. This Order shall be served upon the person in charge of information technology at FMC Lexington in Lexington, Kentucky, and the person in charge of information technology at the United States District Court for the Eastern District of North Carolina, respectively.

SO ORDERED this 9th day of June 2014.

James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE