UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jimmie Sylvanos West, Jr.**                               Docket No. 4:10-CR-52-1F

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jimmie Sylvanos West, Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), and Possession With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 1, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 1, 2014, the term of imprisonment was reduced to 70 months custody, pursuant to 28 U.S.C. § 2255.

Jimmie Sylvanos West, Jr., was released from custody on July 29, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 3, 2015, the defendant was processed at the New Bern U.S. Probation Office. During the office contact, West submitted to urinalysis. Consequently, the results were positive for marijuana. When confronted with the violation, the defendant admitted he used marijuana at a party the day he was released from the halfway house. On October 14, 2015, the defendant submitted to urinalysis that returned positive for cocaine. When confronted with the violation, the defendant admitted he used cocaine at a party, and apologized for his actions. It is noted upon release from custody, West was referred for a substance abuse assessment, however, no treatment was recommended.

As a sanction for the violations, the probation officer respectfully recommends the conditions of supervised release be modified to include a 60 day term of home detention, with electronic monitoring. Considering the defendant's financial situation, it is recommended the government pay for the services. West will also be referred for substance abuse counseling and enrolled in the Surprise Urinalysis Program as a result of the positive drug tests.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jimmie Sylvanos West Jr
Docket No. 4:10-CR-52-1F
Petition For Action
Page 2

        I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: February 25 2016

### ORDER OF THE COURT

Considered and ordered this __25__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge